**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-00954-RMR

LUIS DAVID SOLANO RIVAS,
    Petitioner,

v.

KRISTI NOEM, Secretary of Homeland Security in her official capacity,
TODD M. LYONS, in his official capacity as Acting Director, Immigration and Customs Enforcement,
ROBERT GUARDIAN, Denver Field Office Director, U.S. Immigration and Customs Enforcement in his official capacity,
PAMELA BONDI, Attorney General in her official capacity, and
JUAN BALTAZAR, Warden, Denver Contract Detention Facility in his official capacity,
    Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with the Order [ECF No. 16] entered by the Honorable Regina M. Rodriguez on June 1, 2026, it is hereby

ORDERED that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 1] is DENIED. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 25th day of June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By: s/K. Myhaver

Kally Myhaver, Deputy Clerk